Case 5:07-cv-04973-JW Document 16 Filed 04/18/2008 Page 1 of 2

1  Robin E. Weideman, State Bar No. 197595
   Jennifer D. Barrera, State Bar No. 219617
2  CARLTON DiSANTE & FREUDENBERGER LLP
   8950 Cal Center Drive
3  Suite 160
   Sacramento, California 95826
4  Telephone: (916) 361-0991
   Facsimile: (916) 361-1480
5  E-Mail: rweideman@cdflaborlaw.com
           jbarrera@cdflaborlaw.com
6
   Attorneys for Defendant
7  BAHAMA BILLY'S, INC.

8  Linda Ordonio-Dixon (State Bar #172830)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
9  San Francisco District Office
   350 The Embarcadero, Suite 500
10 San Francisco, California 94105
   Telephone: (415) 625-5622
11 Facsimile: (415) 625-5657

12 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13

14                    UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

16

17 EQUAL EMPLOYMENT OPPORTUNITY      )  Case No. C074973 JW PVT
   COMMISSION,                       )
18                                   )  **STIPULATED PROTECTIVE ORDER**
                Plaintiff,           )
19         v.                        )  Action Filed: September 26, 2007
                                     )  Trial Date:   TBA
20 BAHAMA BILLY'S, INC.,             )
                                     )
21              Defendant.           )
                                     )
22 _____ )

23

24      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

25 RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:

26      In an effort to informally resolve this matter, DEFENDANT BAHAMA BILLY'S, INC.

27 ("Defendant") has agreed to produce certain financial information to PLAINTIFF EEOC

28 ("Plaintiff") regarding the financial condition of Defendant. The parties hereby agree that the

---

                                        1                    STIPULATED PROTECTIVE ORDER

| | |
|---|---|
| 1 | financial information produced pursuant to this Protective Order is for settlement purposes only |
| 2 | and cannot be used for any other purpose or disclosed to anyone, including the Court. Any |
| 3 | documents produced to the EEOC under the scope of this order shall be returned at the conclusion |
| 4 | of settlement negotiations. Nothing in this protective order shall prevent the EEOC from |
| 5 | requesting any information or documents in discovery, including any documents disclosed and |
| 6 | returned pursuant to this order. Defendant may not raise this order as a bar to disclosure in |
| 7 | discovery, but may raise any other objection/privilege as appropriate. |

**IT IS SO STIPULATED**

Dated: April 17 2008

CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
Jennifer D. Barrera
Attorneys for Defendant
BAHAMA BILLY'S, INC.

Dated: April 16, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
Linda Ordonio-Dixon
Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**APPROVED AND SO ORDERED:**

Dated: April 18 2008

_____
Honorable J xxxxxxxxxx
Patricia V. Trumbull

2     STIPULATED PROTECTIVE ORDER